18CR00337

2018 JUN -1 AM 11:29

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1028A: Aggravated Identity Theft] |
| JIMMY WOO YOUNG LEE, | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1349]

Beginning in or before January 2014, and continuing through at least July 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant JIMMY WOO YOUNG LEE ("defendant"), and others, conspired to commit bank fraud, in violation of Title 18, United States Code, Section 1344. The object of the conspiracy was carried out, and to be carried out, in substance, as follows: Defendant would obtain social security numbers, manipulate the credit scores associated with those numbers by assigning random names to the numbers and then having the names and numbers added as authorized users onto

credit card accounts with excellent payment histories, and then apply for new credit cards using those social security numbers. Defendant used the bank-issued credit cards he thereby obtained at collusive merchants, where his co-conspirators charged them for fictitious purchases, and then divided the resulting payments with defendant. As a result of this conspiracy, victims including American Express, Capital One, Chase Bank, Discover Financial Services, Citibank, Synchrony Bank, Bank of America, Comenity Bank, Navy Federal Credit Union, U.S. Bank, and Barclays Bank, all of which were then federally insured financial institutions, suffered actual losses of at least $1,146,214.

## COUNT TWO

### [18 U.S.C. § 1028A]

Beginning in or before January 2014, and continuing through at least July 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant JIMMY WOO YOUNG LEE knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Bank Fraud, as charged in Count One.

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

ANDREW BROWN
Assistant United States Attorney
Major Frauds Section